REMAW, Appellant, v. SYRACUSE RAPID TRANSIT RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department.

October 21, 1904.) Action by George W. Remaw against the Syracuse Rapid Transit Railway Company.

PER CURIAM. Judgment affirmed, with costs.

SPRING, J., not sitting.